UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

    JAMES LATRAIL HALL

CASE NO. 08 B 04869

CHAPTER 13

JUDGE: SUSAN PIERSON SONDERBY

        Debtor
  SSN XXX-XX-0633

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

    The case was filed on 02/29/2008 and was confirmed 04/24/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured creditors 28.00%.

    The case was dismissed after confirmation 08/21/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1513.95 | .00 | .00 |
| CAVALRY INVESTMENTS | UNSECURED | 759.50 | .00 | .00 |
| CENTRIX FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 279.97 | .00 | .00 |
| CHARTER ONE BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 6430.00 | .00 | .00 |
| CORTRUST BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 612.64 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1410.19 | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | NOT FILED | .00 | .00 |
| MEADOWS CREDIT UNION | UNSECURED | 7277.04 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 380.46 | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| SBC | NOTICE ONLY | NOT FILED | .00 | .00 |
| ILLINOIS SECRETARY OF ST | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAVALRY PORTFOLIO SERVIC | UNSECURED | 694.06 | .00 | .00 |
| SPRINT | NOTICE ONLY | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO AUTO FINANCE | SECURED VEHIC | 4100.00 | 25.33 | 894.67 |
| WELLS FARGO AUTO FINANCE | UNSECURED | 126.27 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | .00 | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | 60.00 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 532.93 | .00 | .00 |
| PETER FRANCIS GERACI | DEBTOR ATTY | 3,300.00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 80.00 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:

---

           RECEIPTS               DISBURSEMENTS

PAGE 1 - CONTINUED ON NEXT PAGE
CASE NO. 08 B 04869 JAMES LATRAIL HALL

```
--------------------------------------------------------------------------
TRUSTEE                           1,000.00

PRIORITY                                               .00
SECURED                                             894.67
      INTEREST                                       25.33
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                 80.00
DEBTOR REFUND                                          .00
                             ---------------   ---------------
TOTALS                            1,000.00          1,000.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/20/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE